**CRIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JAN 1 2 2020

UNITED STATES OF AMERICA

v.

JUAN FRANCISCO CASIO (01)

No. 4:21-mJ-025

CLERK U.S. DISTRICT COURT

By:_____
                Deputy

## CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute

Beginning on a date unknown but no later than in or about January 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant, **Juan Francisco Casio**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.      In November, 2020, a confidential source, who has proven to be truthful and reliable (hereinafter CS) initiated a recorded phone call with Mexican based source of supply (hereinafter SOS). During this phone call the SOS and CS talked about the recrystallization process of methamphetamine. The SOS agreed to sell the CS a kilogram of non-crystallized methamphetamine as an initial purchase. The initial purchase was to insure the quality of the methamphetamine and meant to be a trial to begin a multi-kilogram per week agreement between CS and the SOS.

**Criminal Complaint – Page 1 of 5**

2.      Between November 19, 2020 and December 2, 2020 through the use of a CS, and at the direction of law enforcement, investigators were able to conduct recorded phone conversations between the CS and two other coconspirators, each time the coconspirators  conducted kilogram quantity deliveries of methamphetamine to an undercover officer.

3.      Investigators conducted a post Miranda interview of one of a cooperating defendant (hereinafter CD-1) who stated he/she was distributing methamphetamine for an acquaintance. The CD-1 explained to investigators how the organization smuggled the methamphetamine and the methods as to how it was being concealed.  The CD-1 explained that they had received the methamphetamine in both children's toys that were balls, with liquid methamphetamine inside, as well as in a full size horse saddle. The CD-1 stated they retrieved the concealed methamphetamine from telephone number XXX-XXX-6170, a person known to them as "Tio Pancho".  Investigators observed a text message sent from XXX-XXX-6170 to the CD, La Jolla Terrace Apartments, Fort Worth Texas.  The CD-1 advised the address was a location they met with the user of XXX-XXX-6170.

4.       Investigators performed research of telephone number XXX-XXX-6170 and believed the user of the phone to be Juan Francisco Casio. Investigators placed an alert on the name and the phone number throughout law enforcement data bases.

5.      On January 11, 2021, Investigators with Homeland Security Investigations – Del Rio, contacted agents with DEA Dallas and informed them that a seizure of over 50 kilograms of liquid methamphetamine had been seized at the border from an inbound vehicle traveling to the United States from Mexico. The HSI agents performed a test of the suspected methamphetamine, the methamphetamine tested presumptive positive.

The HSI agents advised the methamphetamine was to be delivered to a male in the Fort Worth area. HSI agents spoke with the cooperating defendant (hereinafter CD-2), who gave a post Miranda statement that he\she was paid to deliver a package containing children's toys in the form of large bouncing balls to a male known to him as Juan Francisco at telephone number XXX-XXX-6170. The HSI agents checked the phone number and were alerted to the alert set by investigators with DEA Dallas. HSI advised investigators that the balls to be delivered contained liquid methamphetamine. The CD-2 as well as the methamphetamine were escorted to the Fort Worth area. Upon meeting with investigators CD-2 was shown a photo of Juan Francisco Casio. CD-2 stated that the photo was the person he/she knew to be Juan Francisco.

6.     At the direction of law enforcement CD-2 conducted recorded phone conversations with Juan Francisco Casio. The CD-2 advised that the balls began leaking during transport and that he, Juan Francisco Casio, would need to pick up the shipment quickly, to which Casio agreed.

7.     Investigators prepared the delivery of the methamphetamine, placing approximately 1000 grams of actual liquid methamphetamine, still concealed inside the children's toys in with approximately 49 kilograms of sham (fictitious drugs). The packages were then placed into CD-2's vehicle and escorted to 4201 North Freeway, Fort Worth, Texas, Motel 6. At the direction of law enforcement CD-2 arranged for Juan Francisco Casio to pick up the shipment of methamphetamine at 4201 North Freeway, Fort Worth, Texas, Motel 6. Casio agreed.

8.     Investigators then observed Juan Francisco arrive as a passenger in a vehicle and meet with CD-2. Both CD-2 and Juan Francisco Casio moved the boxes of methamphetamine from CD-2's vehicle to the vehicle Juan Francisco Casio arrived in. Fort Worth marked patrol units approached and detained Juan Francisco Casio without incident.

**Criminal Complaint – Page 3 of 5**

9.      During a recorded post Miranda interview with Juan Francisco Casio, Casio admitted to his involvement in receiving the shipment of methamphetamine on January 11, 2021. Casio admitted he knew the children's toys contained drugs.  Casio also admitted to making three other deliveries to include a saddle, and other shipments of children's toys.  Casio consented to the search of his cellular phone. Investigators observed that Casio retained a text message found in CD-1's phone (La Jolla Terrace Apartments, Fort Worth Texas.) this being the address as to which CD-1 stated they met with Casio to retrieve a shipment of methamphetamine.   Casio later explained the shipment of methamphetamine received on January 11, 2021, was at the direction of a person he knew in Mexico. That person in Mexico instructed Casio to deliver the methamphetamine to a person Casio knew as "Flaco Uno."  A search of Casio's person revealed that he had 7 gross grams of a crystal like substance in a clear plastic baggy inside his front, right pants pocket. The substance found on his person tested presumptive positive for methamphetamine.

*[Continued on next page]*

10.    Although I have not listed all the facts regarding the offenses of **Juan Francisco Casio,** I

believe that the facts stated here establish probable cause that **Juan Francisco Casio** has

committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Methamphetamine with the

intent to distribute.

Gregory A Jones
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, on this _____12_____ of January, 2021 at _11 : 40_
am, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

**Criminal Complaint – Page 5 of 5**